UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TERESA M. HALVORSON, CIVIL NO. 01-1774 (RHK/JMM)

Plaintiff,

v. ORDER

CONSECO FINANCE CORP.,
a Delaware Corporation

Defendant.

The above matter comes before the undersigned on Plaintiff's Motion to Amend the Pretrial Scheduling Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend the Pretrial Scheduling Order is denied without prejudice for failure to comply with the requirements of Local Rule 16.3(b).

Dated: May 22, 2002

JOHN M. MASON
United States Magistrate Judge

FILED MAY 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK